IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALEX SCOTT SIMPSON,

        Plaintiff,                                    22cv1194

v.                                              ELECTRONICALLY FILED

SUPERINTENDENT SCI HOUTZDALE, THE
ATTORNEY GENERAL OF THE STATE OF
PA, DISTRICT ATTORNEY OF JEFFERSON
COUNTY,

        Defendants.

## ORDER OF COURT

AND NOW, this 18th day of September, 2025, after careful consideration of Plaintiff's Amended Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, ("Amended Petition") (ECF 5), Plaintiff's Brief in Support of his Amended Petition (ECF 6), the Response to the Amended Petition (ECF 18), Plaintiff's Reply to the Response (ECF 24), the United States Magistrate Judge's August 6, 2025 Report and Recommendation relating to the Amended Petition (ECF 29), and further, noting that the time for filing any Objections to the Report and Recommendation was extended until September 10, 2025, but no objections, to date, were filed, the Court hereby enters this Order:

IT IS HEREBY ORDERED that United States Magistrate Judge Kelly's August 6, 2025, Report and Recommendation (ECF 29) is adopted as the Opinion of this Court, and thus, Plaintiff Alex Scott Simpson's Amended Petition is hereby DENIED.

IT IS FURTHER ORDERED that no certificate of appealability shall issue.

                                      SO ORDERED this 18th day of September, 2025.

                                      s/ Arthur J. Schwab
                                      Arthur J. Schwab
                                      U.S. District Court Judge

cc:     U.S. Magistrate Judge Kelly

       All ECF Registered Counsel of Record

       Alex Scott Simpson
       NY-9215
       SCI Houtzdale
       PO Box 1000
       209 Instituion Drive
       Houtzdale, PA 16698-100